UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**Jeffrey Paul HENDRICKSON**<br><br>Defendant(s) | Case No. **06cr1615-BEN (LSP)**<br><br><br><br>ORDER |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness, O.S.L. (Minor), be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety Apolinar Santana, at the following address: 12448 222nd St., Hawaiian Gdns, CA 90716 .

DATED: February 5, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28