1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **06cr1615-BEN (LSP)** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| **Jeffrey Paul HENDRICKSON** | ) | ORDER |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

20
21

    **It is hereby Ordered** that the personal surety bond of $5000.00 which secured the

22

presence of material witness, BENITA MARTINEZ-SANTANA, be exonerated forthwith, and

23

the cash deposit of $500.00 be returned to the surety Ynocencio Pineda del Pilar, at the following

24

address: 227 N. Gunther Pl., Santa Ana, CA 92703.

25

DATED:  February 5, 2007

26
27

Jan M. Adler
U.S. Magistrate Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28