UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>**Jeffrey Paul HENDRICKSON**<br><br>　　　Defendant(s) | Case No. **06cr1615-BEN (LSP)**<br><br>ORDER |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness, JOSE SANTANA-ECHEVERRIA, be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety Apolinar Santana, at the following address: 12448 222nd St., Hawaiian Gdns, CA 90716 .

DATED: February 5, 2007

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　U.S. Magistrate Judge